# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) Case No. 1:10-cr-211 OWW
)
CALIXTRO SANCHEZ )

FILED
JUN 16 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum     ( ) Ad Testificandum.
Name of Detainee:  CALIXTRO SANCHEZ
Detained at (custodian):  Wasco State Prison

Detainee is:  a.)  (x) charged in this district by:
       ( x ) Indictment    ( ) Information    ( ) Complaint

      Charging Detainee With: **21 U.S.C. § 846-Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine and Methaphetamine**

 or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  (X) return to the custody of detaining facility upon termination of proceedings
 or  b.)  ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California* on _____

      Signature: /s/ Kimberly A. Sanchez
      Printed Name & Phone No.:  KIMBERLY A. SANCHEZ 559/497-4000
      Attorney of Record for:  United States of America

## WRIT OF HABEAS CORPUS
    (X Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

_6-16-10_
Date                United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | "killa cali" "cali" | Male x | Female ☐ |
| Booking or Fed. Reg. #: | AD7997 | DOB: | |
| Facility Address: | | Race: | |
| | | FBI #: | 194661XB5 |
| Facility Phone: | | | |
| Release Date: | Unkown | | |

---

**RETURN OF SERVICE**

Executed on _____ by _____    _____
                          (Signature)